MAX KLUGER, Appellant, v. EDWARD M. BULLWINKEL, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

ROSE KLUGER, Appellant, v. EDWARD M. BULLWINKEL, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

GEORGE KUEHNLE, Respondent, v. C. E. JOHANSSON, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

GUSTAVE KUHLMAN, Respondent, v. LINDLEY M. GARRISON, as Receiver of the NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

GUSTAVE KUHLMAN, as Administrator, etc., of MARIE M. KUHLMAN, Deceased, Respondent, v. LINDLEY M. GARRISON, as Receiver of the NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

ARTHUR D. LAWRENCE and MAUDE L. RIGBY, Respondents, v. THE EBLING BREWING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

LINCOLN TRUST COMPANY, as Trustee, Appellant, and JOSEPH KENNEDY, Plaintiff, v. LONG BEACH POWER COMPANY, Defendant. LORENZ W. F. CARSTEIN, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

CHARLES F. NANTES, Respondent, v. PAUL KLEINMAN, Appellant.— Final order of the County Court of Rockland county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

NEWBURGH BUILDING AND SUPPLY COMPANY, Respondent, v. MICHAEL A. DI MENNA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

OSCAR M. PICKRUHL and JOHN H. MANN, as Executors, etc., of JEREMIAH J. ANDREAS, Deceased, Appellants, v. FRANK V. KELLY, as Administrator, etc., of SARAH E. SIBELL, Deceased, Respondent.— The undisputed evidence in this case shows that the mortgage in question is the property of the estate of the plaintiffs' testator, Jeremiah J. Andreas, under the will of his sister, Sarah E. Sibell, and also pursuant to an instrument in writing, signed by Cordelia E. Bruggerhof on the 27th day of December, 1905. Judgment reversed on the law and the facts; and this court also reverses the first, second and third conclusions of law, as found by the trial court in favor of the defendant, and directs that plaintiffs' proposed conclusions of law numbered one to ten be found in favor of the plaintiffs, and judgment thereupon rendered in favor of the plaintiffs, without costs. Rich, Jaycox, Manning, Kelby and Young, JJ., concur. Settle order before Mr. Justice Manning.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL GIORDANO, Appellant.— Judgment of conviction by the County Court of Queens county affirmed. No opinion. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.